UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL PADILLA,

             Plaintiff,

v.

DOMINO'S PIZZA, INC. and
CONVERSENOW TECHNOLOGIES,
INC.,

             Defendant.

_____/

Case No. 2:24-cv-12812

HONORABLE STEPHEN J. MURPHY, III

## **STIPULATED ORDER EXTENDING BRIEFING SCHEDULE**

NOW COME the above-captioned Plaintiff Daniel Padilla, on behalf of himself and all others similarly situated ("Plaintiff"), Defendant Domino's Pizza, Inc. ("Domino's"), and Defendant ConverseNow Technologies, Inc. ("ConverseNow") (collectively, the "Parties"), and hereby stipulate to the entry of an Order extending the briefing schedule for Defendants' Motions (ECF Nos. 11-12 (Defendant ConverseNow Technologies, Inc.'s Motion to Transfer Under 28 U.S.C. § 1404(a) or, Alternatively, Dismiss Pursuant to Rule 12(b)(6)); & ECF No. 17 (Defendant Domino's Pizza, Inc.'s Motion to Dismiss)). In support thereof, the Parties state as follows:

1. Plaintiff filed his Class Action Complaint (ECF No. 1) on October 24, 2024.

2. On November 18, 2024, the Court entered stipulated orders with respect to each Defendant in this matter, setting December 20, 2024 as the deadline for its responsive pleading. ECF Nos. 8, 9.

1

3. On December 20, 2024, Defendant ConverseNow filed a Motion to Transfer Under 28 U.S.C. § 1404(a) or, Alternatively, Dismiss Pursuant to Rule 12(b)(6)). ECF Nos. 11-12. Per E.D. Mich. LR 7.1(e)(2)(A), any response to this Motion would be due in 21 days, or on January 10, 2025. And, per E.D. Mich. LR 7.1(e)(2)(B), any reply would be due in 14 days, or on February 14, 2025.

4. On December 20, 2024, Defendant Domino's filed a Motion Dismiss. ECF No. 17. Per E.D. Mich. LR 7.1(e)(2)(A), any response to this Motion would be due in 21 days, or on January 10, 2025. And, per E.D. Mich. LR 7.1(e)(2)(B), any reply would be due in 14 days, or on February 14, 2025.

5. The Parties have exchanged correspondence in respect to the above deadlines, and, in light of the intervening holiday and end of the year period, have agreed to stipulate to an extension of the briefing schedule as follows:

- The Parties have agreed to a 21-day extension for any response to be filed to ConverseNow's Motion to Transfer, or Alternatively, to Dismiss (ECF Nos. 11-12), setting the deadline as January 31, 2025;

- The Parties have agreed to a 21-day extension for Plaintiff's response to Domino's Motion to Dismiss (ECF No. 17), setting the deadline as January 31, 2025;

- The Parties have agreed to a 7-day extension for the filing of any reply brief in support of Defendant ConverseNow's Motion to Transfer, or Alternatively, to Dismiss (ECF Nos. 11-12), setting the deadline as February 21, 2025; and

- The Parties have agreed to a 7-day extension for the filing of any reply brief in support of Defendant Domino's Motion to Dismiss (ECF No. 17), setting the deadline as February 21, 2025.

**IT IS HEREBY ORDERED** that the deadlines related to Defendant ConverseNow's Motion to Transfer, or Alternatively, to Dismiss (ECF Nos. 11-12)

are hereby extended, any response shall be due no later than January 31, 2025, and

any reply in support shall be due no later than February 21, 2025; and the deadlines

related to Defendant Domino's Motion to Dismiss (ECF No. 17) are hereby extended,

any response shall be due no later than January 31, 2025, and any reply in support

shall be due no later than February 21, 2025.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: December 30, 2024

3

The Parties, through their respective attorneys, stipulate that the deadlines related to Defendant ConverseNow's Motion to Transfer, or Alternatively, to Dismiss (ECF Nos. 11-12) are hereby extended, and any response shall be due no later than January 31, 2025, and any reply in support shall be due no later than February 21, 2025; and the deadlines related to Defendant Domino's Motion to Dismiss (ECF No. 17) are hereby extended, any response shall be due no later than January 31, 2025, and any reply shall be due no later than February 21, 2025.

So stipulated:

Dated: December 26, 2024

/s/ E. Powell Miller
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
epm@millerlawpc.com
950 W. University Drive, Suite 300
Rochester, MI 48307
(248) 841-2200

Joseph I. Marchese (P85862)
jmarchese@bursor.com
Alec M. Leslie
aleslie@bursor.com
Caroline C. Donovan*
cdonovan@bursor.com
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
(646) 837-7150

*Counsel for Plaintiff*
*\*Admission Forthcoming*

/s/ Hillard M. Sterling w/consent
Hillard M. Sterling (960264)
IL ARDC No. 6232655
hsterling@ralaw.com
**ROETZEL & ANDRESS, LPA**
70 W. Madison St., Ste. 3000
Chicago, IL 60602

*Counsel for Defendant ConverseNow Technologies, Inc.*

/s/ Edward J. Hood w/consent
Edward J. Hood (P42953)
**CLARK HILL PLC**
500 Woodward Ave, Ste 3500
Detroit, MI 48226
(313) 965-8300
ehood@clarkhill.com

David Horniak (CA 268441)
Sergio Valente (DC 90018462)
**DLA PIPER LLP (US)**
500 Eighth Street, N.W.
Washington, D.C. 20004
(202) 799-4000
david.horniak@us.dlapiper.com
sergio.valente@us.dlapiper.com

Oliver M. Kiefer (CA 332830)
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
(858) 677-1400
oliver.kiefer@us.dlapiper.com

*Counsel for Defendant Domino's
Pizza, Inc.*