# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DANIEL PADILLA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>DOMINO'S PIZZA, INC. and CONVERSENOW TECHNOLOGIES, INC.,<br><br>    Defendants. | Case No. 2:24-cv-12812-SJM-EAS<br><br><br>Hon. Stephen J. Murphy III<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

WHEREAS, Defendants Domino's Pizza, Inc. and ConverseNow Technologies, Inc. have not served an answer or a motion for summary judgment in this action;

NOW, THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Daniel Padilla dismisses the above-entitled action against Defendants Domino's Pizza, Inc. and ConverseNow Technologies, Inc. in its entirety without prejudice.

Dated: January 29, 2025

/s/ *Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
epm@millerlawpc.com

950 W. University Drive, Suite 300
Rochester, MI 48307
(248) 841-2200

Joseph I. Marchese (P85862)
**BURSOR & FISHER, P.A.**
jmarchese@bursor.com
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
(646) 837-7150

*Counsel for Plaintiff and putative class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 29, 2025, I electronically filed the foregoing document(s) using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com